UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDE A. REESE, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT J. BAHASH., et al.,<br><br>　　　　　　Defendants. | Civil Action No. 1:08-cv-07202 (PKC)<br><br>**ELECTRONICALLY FILED**<br><br>CLASS ACTION |

## NOTICE OF APPEARANCE

TO: The Clerk of Court and All Parties of Record

Please enter my appearance as counsel for Lead Plaintiff Boca Raton Firefighters and Police Pension Fund in this action.

I certify that I am admitted to practice in this Court.

DATED: August 27, 2008　　　　　　COUGHLIN STOIA GELLER
　　　　　　　　　　　　　　　　　　　RUDMAN & ROBBINS LLP


　　　　　　　　　　　　　　　　　　　　/s/ David A. Rosenfeld
　　　　　　　　　　　　　　　　　　　DAVID A. ROSENFELD

　　　　　　　　　　　　　　　　　　58 South Service Road, Suite 200
　　　　　　　　　　　　　　　　　　Melville, NY 11747
　　　　　　　　　　　　　　　　　　Telephone: 631/367-7100
　　　　　　　　　　　　　　　　　　631/367-1173 (fax)
　　　　　　　　　　　　　　　　　　Email: drosenfeld@csgrr.com

　　　　　　　　　　　　　　　　　　*Attorneys for Lead Plaintiff*

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on August 27, 2008, I caused a true and correct copy of the attached Notice of Appearance to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

           /s/ *David A. Rosenfeld*
           David A. Rosenfeld

MCGRAW-HILL

Service List – 08/27/2008 (07-0216)

Page 1 of 1

**Counsel For Defendant(s)**

Roy L. Regozin
Cahill Gordon & Reindel LLP
80 Pine Street
17th Floor
New York, NY 10005
(212) 701-3000
(212) 269-5420 (fax)

**Counsel For Plaintiff(s)**

David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman &
 Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
631 /367-7100
631 /367-1173 (fax)

Steven R. Freeman
Freeman Wolfe & Greenbaum, P.A.
409 Washington Avenue
Suite 300
Towson, MD 21204
(410) 321-8400
(410) 321-8407 (fax)

David J. George
Robert J. Robbins
Coughlin Stoia Geller Rudman &
 Robbins LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432
(561) 750-3000
(561) 750-3364 (fax)