UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
Claude A. Reese, Individually and On Behalf of
All Others Similarly Situated

       Plaintiff,    Civil Action No. 08-CV-07202 (PKC)

  -against-

The McGraw-Hill Companies, Inc., Harold
McGraw III, and Robert J. Bahash

       Defendants.
------------------------------------------------------------X

## NOTICE OF ENTRY OF APPEARANCE

  PLEASE TAKE NOTICE that Floyd Abrams of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for The McGraw-Hill Companies, Inc., Harold McGraw III, and Robert J. Bahash in the above-captioned proceeding. I certify that I am admitted to practice in this court.

Dated: August 27, 2008    Respectfully submitted,

            /s/ Floyd Abrams
           Floyd Abrams
           CAHILL GORDON & REINDEL LLP
           80 Pine Street
           New York, New York 10005
           Telephone: 212-701-3000
           Facsimile: 212-269-5420