UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
Claude A. Reese, Individually and On Behalf of
All Others Similarly Situated

                    Plaintiff,                    Civil Action No. 08-CV-07202 (PKC)

      -against-

The McGraw-Hill Companies, Inc., Harold
McGraw III, and Robert J. Bahash

                    Defendants.
-----------------------------------------------------------X

## NOTICE OF ENTRY OF APPEARANCE

        PLEASE TAKE NOTICE that Susan Buckley of Cahill Gordon & Reindel LLP hereby enters her appearance as counsel for The McGraw-Hill Companies, Inc., Harold McGraw III, and Robert J. Bahash in the above-captioned proceeding. I certify that I am admitted to practice in this court.

Dated:  August 27, 2008                    Respectfully submitted,

                                        /s/ Susan Buckley
                                        Susan Buckley
                                        CAHILL GORDON & REINDEL LLP
                                        80 Pine Street
                                        New York, New York 10005
                                        Telephone:  212-701-3000
                                        Facsimile:  212-269-5420