UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
Claude A. Reese, Individually and On Behalf of
All Others Similarly Situated

                              Plaintiff,                  Civil Action No. 08-CV-07202 (PKC)

        -against-

The McGraw-Hill Companies, Inc., Harold
McGraw III, and Robert J. Bahash

                            Defendants.
-------------------------------------------------------------X

## NOTICE OF ENTRY OF APPEARANCE

       PLEASE TAKE NOTICE that Tammy L. Roy of Cahill Gordon & Reindel LLP hereby enters her appearance as counsel for The McGraw-Hill Companies, Inc., Harold McGraw III, and Robert J. Bahash in the above-captioned proceeding. I certify that I am admitted to practice in this court.

Dated:   August 27, 2008                     Respectfully submitted,

                                                      /s/ Tammy L. Roy
                                                     Tammy L. Roy
                                                     CAHILL GORDON & REINDEL LLP
                                                   80 Pine Street
                                                   New York, New York 10005
                                                   Telephone:  212-701-3000
                                                   Facsimile:  212-269-5420