SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDE A. REESE, Individually and On
Behalf of All Other Similarly Situated,

                   Plaintiff,

against

ROBERT J. BAHASH, McGRAW-HILL
COMPANIES, INC., and HAROLD McGRAW, III,

                   Defendants.

Case No. 1:08-cv-07202-PKC

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of David A. Rosenfeld, attorney for Lead Plaintiff Boca Raton Firefighters and Police Pension Fund and said sponsor attorney's affirmation in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | David J. George |
| Firm Name: | Coughlin Stoia Geller Rudman & Robbins LLP |
| Address: | 120 East Palmetto Park Road, Suite 500 |
| City/State/Zip: | Boca Raton, FL 33432 |
| Phone Number: | (561) 750-3000 |
| Fax Number: | (561) 750-3364 |
| Email Address: | dgeorge@csgrr.com |

is admitted to practice pro hac vice as counsel for Lead Plaintiff Boca Raton Firefighters and Police Pension Fund in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8-28-08
City, State: N.Y., NY

                                                  United States District/~~Magistrate Judge~~

FOR OFFICE USE ONLY: FEE PAID $ _____ SDNY RECEIPT# _____

SDNY Form Web 10/2006