UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDE A. REESE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>- against -<br><br>ROBERT J. BAHASH, McGRAW-HILL COMPANIES, INC., and HAROLD McGRAW, III,<br><br>Defendants. | Case No. 1:08-cv-07202-PKC<br><br><br><br><br><br>**MOTION TO ADMIT COUNSEL**<br><br>**PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, David A. Rosenfeld, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | David J. George |
| Firm Name: | Coughlin Stoia Geller Rudman & Robbins LLP |
| Address: | 120 East Palmetto Park Road, Suite 500 |
| City/State/Zip: | Boca Raton, FL  33432 |
| Phone Number: | (561) 750-3000 |
| Fax Number: | (561) 750-3364 |

David J. George is a member in good standing of the Bar of the State of Florida.

There are no pending disciplinary proceeding against David J. George in any State or Federal court.

Dated:       August 27, 2008
City, State: Melville, NY  11747

Respectfully submitted,

David A. Rosenfeld
SDNY Bar: DR7564
Firm Name:  Coughlin Stoia Geller Rudman & Robbins
Address:  58 South Service Road, Suite 200
City/State/Zip:    Melville,   NY    11747
Phone Number: (631) 367-7100
Fax Number: (631) 367-1173



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon     )

                In Re:    898570
                          David Jude George
                          Coughlin Stoia Geller Rudman & Robbins, LLP
                          120 E. Palmetto Park Rd., Ste. 500
                          Boca Raton, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 4, 1991.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 31st day of July, 2008.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLW2:R10

AUG 27 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CLAUDE A. REESE, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　- against<br><br>ROBERT J. BAHASH, McGRAW-HILL COMPANIES, INC., and HAROLD McGRAW, III,<br><br>　　　　　　　　　　　　　Defendants. | Case No. 1:08-cv-07202-PKC<br><br>**AFFIRMATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

---

State of New York　)
　　　　　　　　　　) ss:
County of Suffolk　)

David A. Rosenfeld hereby affirms and says as follows:

1. I am a partner at Coughlin Stoia Geller Rudman & Robbins LLP, counsel for Lead Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Lead Plaintiff's motion to admit David J. George as counsel pro hac vice to represent Lead Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in April, 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known David J. George since January, 2004.

4. David J. George is a partner at Coughlin Stoia Geller Rudman & Robbins LLP in Boca Raton, Florida.

5. I have found Mr. George to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of David J. George, pro hac vice.

7. I respectfully submit a proposed order granting the admission of David J. George, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit David J. George, pro hac vice, to represent Lead Plaintiff in the above captioned matter, be granted.

Dated:　　　August 27, 2008
City, State:　Melville, New York

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　_David A. Rosenfeld_
　　　　　　　　　　　　　　　　　David A. Rosenfeld
　　　　　　　　　　　　　　　　　SDNY Bar Code: DR7564

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on August 27, 2008, I caused a true and correct copy of the attached:

Motion to Admit Counsel Pro Hac Vice;

Affirmation of David A. Rosenfeld In Support of Motion to Admit Counsel Pro Hac Vice; and

[Proposed] Order for Admission Pro Hac Vice on Written Motion

to be served by first-class mail to all counsel on the attached service list.

_____
David A. Rosenfeld

MCGRAW-HILL
Service List – 08/27/2008 (07-0216)
Page 1 of 1

**Counsel For Defendant(s)**

Roy L. Regozin
Cahill Gordon & Reindel LLP
80 Pine Street
17th Floor
New York, NY 10005
(212) 701-3000
(212) 269-5420 (fax)


**Counsel For Plaintiff(s)**

David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman &
  Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
631 /367-7100
631 /367-1173 (fax)

Steven R. Freeman
Freeman Wolfe & Greenbaum, P.A.
409 Washington Avenue
Suite 300
Towson, MD 21204
(410) 321-8400
(410) 321-8407 (fax)

David J. George
Robert J. Robbins
Coughlin Stoia Geller Rudman &
  Robbins LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432
(561) 750-3000
(561) 750-3364 (fax)

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CLAUDE A. REESE, Individually and On Behalf of All Other Similarly Situated,

                        Plaintiff,

against

ROBERT J. BAHASH, McGRAW-HILL COMPANIES, INC., and HAROLD McGRAW, III,

                        Defendants.

Case No. 1:08-cv-07202-PKC

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of David A. Rosenfeld, attorney for Lead Plaintiff Boca Raton Firefighters and Police Pension Fund and said sponsor attorney's affirmation in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | David J. George |
| Firm Name: | Coughlin Stoia Geller Rudman & Robbins LLP |
| Address: | 120 East Palmetto Park Road, Suite 500 |
| City/State/Zip: | Boca Raton, FL 33432 |
| Phone Number: | (561) 750-3000 |
| Fax Number: | (561) 750-3364 |
| Email Address: | dgeorge@csgrr.com |

is admitted to practice pro hac vice as counsel for Lead Plaintiff Boca Raton Firefighters and Police Pension Fund in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                    United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $      SDNY RECEIPT#