UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CLAUDE A. REESE, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:08-cv-07202-PKC |
| Plaintiff, |  |
| vs. |  |
| THE MCGRAW-HILL COMPANIES, INC., HAROLD MCGRAW III, and ROBERT J. BAHASH, |  |
| Defendant(s). |  |

**LEAD PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS LEAD PLAINTIFF'S AMENDED CONSOLIDATED COMPLAINT FOR SECURITIES FRAUD**

Lead Plaintiff Boca Raton Firefighters and Police Pension Fund, individually and on behalf of all others similarly situated ("Plaintiff"), respectfully files this Notice of Supplemental Authority regarding a recent district court decision, which Plaintiff submits in connection with its Memorandum of Law in Opposition to Motion to Dismiss Lead Plaintiff's Amended Consolidated Complaint for Securities Fraud [D.E. 27]. In support hereof, Plaintiff states as follows:

On February 22, 2010, in *In re Ambac Financial Group, Inc. Securities Litigation*, Case No. 08 Civ. 411, 2010 U.S. Dist. LEXIS 16701 (S.D.N.Y. Feb. 22, 2010), Judge Naomi Reice Buchwald granted in part and denied in part defendants' motion to dismiss under Rule 12(b)(6). A copy of the order is attached hereto as **Exhibit A**.

| | |
|---|---|
| DATED: March 1, 2010 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |

                                                                              */s/ David J. George*
                                                                              DAVID J. GEORGE

DAVID J. GEORGE, *admitted pro hac vice*
ROBERT J. ROBBINS, *admitted pro hac vice*
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432-4809
Telephone:  561/750-3000
561/750-3364 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DAVID J. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Lead Counsel for Plaintiff*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2010, I caused a true and correct copy of the foregoing document to be served:  electronically using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                           */s/ David J. George*  
                                           DAVID J. GEORGE