UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CLAUDE A. REESE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE MCGRAW-HILL COMPANIES, INC., HAROLD MCGRAW III, and ROBERT J. BAHASH, <br><br> Defendant(s). | Civil Action No. 1:08-cv-07202-PKC |

**LEAD PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS LEAD PLAINTIFF'S AMENDED CONSOLIDATED COMPLAINT FOR SECURITIES FRAUD**

Lead Plaintiff Boca Raton Firefighters and Police Pension Fund, individually and on behalf of all others similarly situated ("Plaintiff"), respectfully files this Notice of Supplemental Authority regarding a recent district court decision, which Plaintiff submits in connection with its Memorandum of Law in Opposition to Motion to Dismiss Lead Plaintiff's Amended Consolidated Complaint for Securities Fraud [D.E. 27]. In support hereof, Plaintiff states as follows:

On April 26, 2010, in the action *King County, Washington v. IKB Deutsche Industriebank AG*, No. 09 Civ. 8387, 2010 WL 1702196 (S.D.N.Y. Apr. 26, 2010), Judge Shira A. Scheindlin entered an order denying the motions to dismiss under Fed. R. Civ. P. 12(b)(6) filed by defendants The McGraw-Hill Companies, Inc. d/b/a Standard & Poor's Rating Services, Moody's Investors Service, Inc., and Moody's Investors Service Ltd. A copy of the order is attached hereto as **Exhibit A**.

| | |
|---|---|
| DATED:  May 6, 2010 | ROBBINS GELLER RUDMAN <br>   & DOWD LLP <br><br> /s/ David J. George <br> DAVID J. GEORGE <br><br> DAVID J. GEORGE, *admitted pro hac vice* <br> ROBERT J. ROBBINS, *admitted pro hac vice* <br> 120 E. Palmetto Park Road, Suite 500 <br> Boca Raton, FL  33432-4809 <br> Telephone:  561/750-3000 <br> 561/750-3364 (fax) <br><br> ROBBINS GELLER RUDMAN <br>   & DOWD LLP <br> DAVID J. ROSENFELD <br> 58 South Service Road, Suite 200 <br> Melville, NY  11747 <br> Telephone:  631/367-7100 <br> 631/367-1173 (fax) <br><br> *Lead Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2010, I caused a true and correct copy of the foregoing document to be served: electronically using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*/s/ David J. George*
DAVID J. GEORGE